EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
RUSSELL W. CHITTENDEN
Assistant United States Attorney
California State Bar No. 112613
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2444
    Facsimile: (213) 894-7819
    Email: russell.chittenden@usdoj.gov

Attorneys for Federal Defendants
United States of America, United
States Department of Justice,
and Federal Bureau of Prisons

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUADALUPE LUNA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, et al., ) <br> ) <br> Defendants. ) <br> ) | NO. CV 16-0598 MWF-DTB <br><br> [Proposed] <br> ORDER APPROVING STIPULATION FOR COMPROMISE SETTLEMENT AND DISMISSING ACTION <br><br> Honorable Michael W. Fitzgerald |

The Court has considered the Stipulation for Compromise Settlement and Dismissal of Action the parties filed.

THE COURT HEREBY ORDERS that the Stipulation for Compromise Settlement and Dismissal of Action is approved and this action, CV 16-0598 MWF-DTB, is dismissed in its entirety with prejudice, with each party to bear its own costs and fees, including attorney fees. The United States shall disburse the settlement proceeds when they become available as detailed in the Stipulation.

DATED: August 16, 2016.

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1